

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00345-CR

ADAN GAONA,

**Appellant**

v.

THE STATE OF TEXAS,

**Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. F50651**

## ABATEMENT ORDER

Appellant has filed a Motion to Supplement Brief and Conditional Motion to Substitute Counsel. The submission of this case is withdrawn, and the case is abated to the trial court for resolution of Appellant's motion to substitute counsel. The trial court shall resolve Appellant's motion within twenty (20) days from the date of this Order. After the trial court has ruled, the clerk of the court shall file a supplemental clerk's record with this court within ten (10) days.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Scoggins[1]
Motion granted
Order delivered and filed April 15, 2021



---

[1] The Honorable Al Scoggins, Senior Justice, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.